## L. C. HEARD, ALIAS DUCK HUNTER HEARD, V. THE STATE.

No. 16196. Delivered January 10, 1934.
Reported in 67 S. W. (2d) 312.

The opinion states the case.

*Ross Huffmaster,* of Kaufman, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

LATTIMORE, JUDGE.—Conviction for possessing intoxicating liquor for purposes of sale; punishment, two years in the penitentiary.

The statement of facts appears to be filed too late for consideration, but the appeal bond appears to have been filed after the adjournment of the trial term. It is approved only by the sheriff. The law requires that such bond be approved both by the sheriff and the trial judge. This court is without jurisdiction, and the appeal is dismissed.

*Dismissed.*